# United States Court of Appeals

## For the Seventh Circuit
### Chicago, Illinois 60604

July 11, 2001

**By the Court:**

| | |
|---|---|
| GARY TOWNSEND,<br>    Plaintiff-Appellee,<br>and | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern |
| ALEX RILEY,<br>    Plaintiff, Cross-Appellant, | ] Division.<br>]<br>] |
| Nos. 00-2522 and 00-2999   v. | ] No. 98 C 8080<br>] |
| PAUL VALLAS and MARILYN F. JOHNSON,<br>    Defendants-Appellants,<br>    Cross-Appellees,<br>and | ] William T. Hart, Judge.<br>]<br>]<br>]<br>] |
| CHICAGO SCHOOL REFORM BOARD OF<br>TRUSTEES, also known as BOARD OF<br>EDUCATION OF THE CITY OF CHICAGO,<br>a municipal corporation,<br>    Defendant, Cross-Appellee. | ]<br>]<br>]<br>]<br>] |

The opinion of this Court issued on July 9, 2001, is corrected as follows:  At slip opinion page 20, footnote 11, delete the first sentence and the first word of the second sentence beginning:  "We have recognized that this rule . . . ." The footnote will now begin:  "This case implicates . . . ."